# 808　CASES REPORTED WITH BRIEF SYLLABI.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX WOLF, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD J. McKEON, an Infant, etc., Respondent, v. NEW YORK BUTCHERS' DRESSED MEAT COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHRISTOPHER J. McKEON, Respondent, v. NEW YORK BUTCHERS' DRESSED MEAT COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID MESHEL, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HOLLEY CARBURETOR COMPANY, Appellant, v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY and Another, Respondents.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of E. GERLI & COMPANY, INC., for an Order Confirming a Certain Award of Arbitrators and Authorizing the Entry of Judgment against KALTENBACH & STEPHENS, INC., in Accordance with the Terms Thereof.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of JOSEPH LEVINE for an Order of Certiorari against JAMES A. BEHA, as Superintendent of Insurance of the State of New York.— Order of certiorari dismissed, and the proceeding and determination of the respondent confirmed, with fifty dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SARAH TUCKER BROOKS, Appellant, v. LELAND BROOKS, Respondent.— Judgment reversed and a judgment of absolute divorce directed to be entered in favor of the plaintiff, on the ground that sufficient proof was made of the act charged in the complaint. Present order containing appropriate findings of fact and conclusions of law. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of ABRAHAM KRIMSKY, an Attorney.— Reference ordered to Hon. M. Warley Platzek, official referee. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EIGHTY-FIVE RIVERSIDE DRIVE CORPORATION v. FREDERICK HAMBROCK.— Motion for leave to appeal to Court of Appeals denied. Motion for reargument granted and order appealed from reversed, with ten dollars costs and disbursements, and motion to dismiss complaint denied, with ten dollars costs, with leave to defendant to answer within twenty days on payment of said costs. Order of this court entered January 28, 1927, vacated.* See memorandum for counsel. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of MARJORIE L. ADAMS and ALLEN WARDWELL, as Executors, etc., v. THE CITY OF NEW YORK.— Preference granted for April 15, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PATRICK LAHART, as Administrator, etc., v. THE CITY OF NEW YORK and

---

* See *ante*, p. 702.— [REP.